137 A.3d 1196

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RAFAEL GONZALEZ–SANTANA, DEFENDANT–
APPELLANT.

May 5, 2016.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.